UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTA MACDONALD,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JEFF LYNCH,<br><br>　　　　Respondent. | No. 2:22-cv-0742 TLN KJN P<br><br><br>ORDER |

　　　Petitioner requested an extension of time to file objections to the July 11, 2023 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Petitioner's request for an extension of time (ECF No. 14) is granted; and

　　　2. Petitioner shall file objections on or before August 24, 2023.

Dated: July 20, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/macd0742.111

1